*19-25380*

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of *New Jersey*
(State)

Case number (*If known*): _____ Chapter *7*

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**   *Big Harlie's BBQ, LLC*

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   *46-3520263*

4. **Debtor's address**

   **Principal place of business**

   *50e Raritan Street*
   Number     Street

   *Sayreville NJ 08872*
   City             State     ZIP Code

   *middlesex*
   County

   *pd. 336.00*

   Case # : 19-25380-7+
   Debtor.: BIG HARLIE'S BBQ, LLC
   Chapter: 7+
   ------------------------------
   Filed  : August 08, 2019  14:26:13
   Deputy : CAMMY GINGERELLI
   Receipt: 539760
   Amount : $335.00
   ------------------------------
   RELIEF ORDERED
   Clerk, U.S. Bankruptcy Court
   District Of New Jersey

5. **Debtor's website (URL)**   *www.bigharlies.com*

6. **Type of debtor**

   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    **Big Harlie's BBQ LLC**
Name

Case number *(if known)* _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.    District _____    When _____    Case number _____
MM / DD / YYYY

District _____    When _____    Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.    Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

Debtor  **Big Harlie's BBQ**
Name

Case number (if known) _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

City _____  State ____  ZIP Code ____

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  _Big Harlie's BBQ_____  Case number (if known) _____
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☑ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08 / 07 / 2019
MM / DD / YYYY

✗ _Sylvie Pankey_____          _Sylvia Pankey_____
Signature of authorized representative of debtor          Printed name

Title  _Co-owner_____

**18. Signature of attorney**

✗ _____          Date _____
Signature of attorney for debtor          MM / DD / YYYY

Printed name _____

Firm name _____

Number        Street _____

City _____        State _____  ZIP Code _____

Contact phone _____        Email address _____

Bar number _____        State _____

---

**Fill in this information to identify the case:**

Debtor _Big Harlie's BBQ_

United States Bankruptcy Court for the: _____   District of _NJ_
(State)

Case number
(if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

---

**2.1** | Priority creditor's name and mailing address
_Jersey Central Power & Light_
_PO Box 3687_
_Akron, Ohio 44309_

As of the petition filing date, the claim is: $ _7,160.00_
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Total claim $ _7,160.00_     Priority amount $ _0_

Date or dates debt was incurred  _2018-2/19_

Basis for the claim:  _Services_

Last 4 digits of account number _3/05_

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.2** | Priority creditor's name and mailing address
_PSE G_
_150 How Ln_
_New Brunswick, NJ 08901_

As of the petition filing date, the claim is: $ _3,000_
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _0_

Date or dates debt was incurred  _2018-2-2019_

Basis for the claim:  _Gas services_

Last 4 digits of account number _9306_

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

**2.3** | Priority creditor's name and mailing address
_Performance Food_
_3 University Plaza Dr._
_Hackensack, NJ 07601_

As of the petition filing date, the claim is: $ _6,500_
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

$ _0_

Date or dates debt was incurred  _2017-2018_

Basis for the claim:  _Goods & services_

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

---

Debtor _____Big HArlie's B.BQ_____
            Name

Case number (if known) _____

**Part 1.** **Additional Page** 463 520 263 -

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |

2._ Priority creditor's name and mailing address

Optimum CAble
1111 stewart Avenue
Bethpage NY H891174

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ 1,500    Priority amount $ 0

Date or dates debt was incurred
2017-2018

Basis for the claim:
services

Last 4 digits of account
number  _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

2._ Priority creditor's name and mailing address

New Jersey Dept of Taxation
50 BArrACk St
Trenton NJ 08608

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ 23,000    Priority amount $ 10,000

Date or dates debt was incurred
2015-2019

Basis for the claim:

Last 4 digits of account
number 0263

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

2._ Priority creditor's name and mailing address

Internal Revenue Services
100 Dey Pl
Edison NJ 08817

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ 10,000    Priority amount $ ____

Date or dates debt was incurred
2015-2019

Basis for the claim:

Last 4 digits of account
number 0263

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

---

2._ Priority creditor's name and mailing address

SySCO
Bo Theodore conrad
Jersey City NJ 07305

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Total claim $ 2,000    Priority amount $ 0

Date or dates debt was incurred
2018

Basis for the claim:
Good

Last 4 digits of account
number 0240

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

Debtor _Big Harlie's BBQ_

Name

Case number (if known)_____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

$ 1,800

_Verizon_
_One verizon WAY_
_BASKing Ridge NJ 07920_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _2018-2019_

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number _0001_

**3.2** Nonpriority creditor's name and mailing address

$ 13,000

_PRAKASH PATEL_
_508 RARITAN St_
_Sayreville NJ 08872_

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: _rent_

Date or dates debt was incurred _2018-2019_

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number _0263_

**3.3** Nonpriority creditor's name and mailing address

$_____

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.4** Nonpriority creditor's name and mailing address

$_____

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.5** Nonpriority creditor's name and mailing address

$_____

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**3.6** Nonpriority creditor's name and mailing address

$_____

_____
_____
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Creditor's Matrix

*Jersey Central Power & Light*
PO Box 3687
Akron, Ohio  44309

PSEG
150 How LN
New Brunswick, NJ  08901

Performance Food
3 University Plaza Dr.
Hackensack, NJ  07601

Optimum Cable
1111 Stewart Avenue
Bethpage, NY  11714

New Jersey Department of Taxation
50 Barrack Street
Trenton, NJ  08608

Internal Revenue Service
100 Dey Pl
Edison, NJ  08817

Sysco
20 Theodore Conrad
Jersey City, NJ  07305

Verizon
One Verizon Way
Basking Ridge, NJ  07920

Prakash Patel
508 Raritan St
Sayreville NJ 08872

<div style="border:1px solid black; padding:8px;">

**Fill in this information to identify the case and this filing:**

Debtor Name _Big Harlie's BBQ_

United States Bankruptcy Court for the: _____ District of _NJ_
                                                                    (State)

Case number (*if known*): _____

</div>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☒ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☒ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

❑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

❑ *Schedule H: Codebtors (Official Form 206H)*

❑ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

❑ *Amended Schedule ____*

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

❑ *Other document that requires a declaration_____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _08/07/2019_          ✗ _Sylvia Pankey_
              MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                         _Sylvia Pankey_
                                         Printed name

                                         _Co-Owner_
                                         Position or relationship to debtor